UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CRAIG McCONLEY d/b/a McCONLEY AND ASSOCIATES | CIVIL ACTION NO. 05-1006-A |
| | JUDGE DRELL |
| -vs- | |
| | MAGISTRATE JUDGE KIRK |
| BOISE BUILDING SOLUTIONS MANUFACTURING, L.L.C., et al. | |

J U D G M E N T

For the reasons given in the Ruling accompanying this Judgment,

IT IS ORDERED, ADJUDGED, and DECREED that Defendant Boise Building Solutions Manufacturing, L.L.C.'s Motions to Dismiss (Docs. 19 and 33) are hereby GRANTED as to the following claims asserted by Plaintiff Craig McConley d/b/a McConley and Associates (hereinafter "Plaintiff"):

(1) breach of contract and

(2) for unjust enrichment/quantum meruit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Boise Building Solutions Manufacturing, L.L.C.'s Motions to Dismiss are hereby DENIED as to the following claims asserted by Plaintiff:

(1) violations of the Louisiana Trade Secrets Act;

(2) breach of fiduciary duty; and

(3) violations of the Louisiana Trade Secrets Act.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant The Migues-Deloach Company, L.L.C.'s Motions to Dismiss (Docs. 20, 24, and 36) are hereby GRANTED as to the following claim asserted by Plaintiff:

(1) unjust enrichment/quantum meruit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant The Migues-Deloach Company, L.L.C.'s Motions to Dismiss are hereby DENIED as to the following claim asserted by Plaintiff:

(1) conversion/misappropriation;

(2) conspiracy;

(3) violations of the Louisiana Trade Secrets Act;

(4) breach of fiduciary duty; and

(5) claims under the Louisiana Unfair Trade Practices Act.

The claims as to which Defendants' Motions to Dismiss are granted are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Remand (Doc. 25) is hereby GRANTED as to the following claims:

(1) conversion/misappropriation;

(2) conspiracy;

(3) violations of the Louisiana Trade Secrets Act;

(4) breach of fiduciary duty; and

(5) claims under the Louisiana Unfair Trade Practices Act.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Remand is hereby DENIED as to the following claims:

(1) breach of contract and

(2) unjust enrichment/quantum meruit.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's request for attorney's fees and costs is hereby DENIED.

SIGNED on this 21st day of March, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge